## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHUNTELL WALLS**                                                                 **PLAINTIFF**

**v.**                                **Case No. 4:23-cv-00516-KGB**

**DOE,** *et al.*                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the proposed findings and recommendations ("Recommendations") submitted by United States Magistrate Jerome T. Kearney (Dkt. No. 7). Plaintiff Shuntell Walls has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Walls's complaint and amended complaint for failure to state a claim upon which relief may be granted (Dkt. Nos. 2; 4). The Court recommends that, in the future, this dismissal constitute a "strike" within the meaning of the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915A(a). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court denies as moot Walls's motion for leave to proceed *in forma pauperis* (Dkt. No. 5).

It is so ordered this the 26th day of January, 2026.

Kristine G. Baker
Chief United States District Judge