IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHUNTELL WALLS**                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 4:23-cv-00516-KGB**

**DOE**, *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Shuntell Walls's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2; 4). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this the 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge